Contracting Plumbers v. City of New York, and Mulhern Gas v. Moseley of New York Contracting Plumbers of The Moseley of New York, and v. Mulhern Gas v. Moseley Gas v. Moseley of Moseley of New York, v. Mulhern